UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, ET AL., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-19-2402 |
| JOSEF M. LAMELL AKA J.M. ARPAD LAMELL, | § § § § | |
| *Defendant*. | § § | |

### ORDER ADOPTING AMENDED MEMORANDUM AND RECOMMENDATION

Pending before the court is Magistrate Judge Christina Bryan's Amended Memorandum and Recommendation (M&R) addressing U.S. Bank National Association's ("USBNA") and PHH Mortgage Corporation's ("PHH") motion for summary judgment (Dkt. 32). Dkt. 86. The Magistrate Judge recommended that the motion for summary judgment be granted in part and denied in part. *Id.* All parties filed objections. Dkts. 88, 89.

For dispositive matters, the court "determine(s) de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). The court has conducted a de novo review of the M&R and the parties' objections. Dkts. 88, 89. The arguments the parties advance in their objections were already correctly addressed by the Magistrate Judge. *See* Dkt. 86. Thus, the court OVERRULES all objections, and the M&R (Dkt. 86) is ADOPTED IN FULL. The court will issue a final judgment concurrently with this order.

Signed at Houston, Texas on March 24, 2021.

_____
Gray H. Miller
Senior United States District Judge