AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| U.S. Bank National Association, as Trustee, et al.<br>v.<br>Josef M. Lamell aka J.M. Arpad Lamell | )<br>)<br>)   Case No.:   4:19-cv-2402<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/25/2021__ against __Defendant__ ,
                                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................. | $ 400.00 |
| Fees for service of summons and subpoena ............................... | 147.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ...................................... | |
| Fees for witnesses *(itemize on page two)* ................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................... | |
| Docket fees under 28 U.S.C. 1923 ...................................... | |
| Costs as shown on Mandate of Court of Appeals ............................ | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................... | |
| TOTAL | $ 547.50 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:   /s/ Mark D. Cronenwett

Name of Attorney:   Mark D. Cronenwett

For:   _____Plaintiffs_____                         Date:   03/25/2021
            *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____                     _____
*Clerk of Court*                  *Deputy Clerk*                                *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## Complaints and Other Initiating Documents

4:19-cv-02402 U.S. Bank National Association, et al v. Lamell

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Cronenwett, Mark on 7/3/2019 at 12:33 PM CDT and filed on 7/3/2019

**Case Name:**   U.S. Bank National Association, et al v. Lamell
**Case Number:** 4:19-cv-02402
**Filer:**       U.S. Bank National Association,
                 PHH Mortgage Corporation
**Document Number:** 1

**Docket Text:**
**COMPLAINT against Josef M Lamell (Filing fee $ 400 receipt number 0541-22723227) filed by U.S. Bank National Association,, PHH Mortgage Corporation. (Attachments: # (1) Civil Cover Sheet)(Cronenwett, Mark)**

**4:19-cv-02402 Notice has been electronically mailed to:**

Mark Douglas Cronenwett     mcronenwett@mwzmlaw.com, acruz@mwzmlaw.com, staplin@mwzmlaw.com

**4:19-cv-02402 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/3/2019] [FileNumber=30996149-0
] [3dcd2958e9390da03614b36bc27aa44d67531269303279592719d319d30bcd67a44
9bd718978b21735f070e2776872f6f6b8bf5a8177e8c27b0c761333c9193b]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/3/2019] [FileNumber=30996149-1
] [a48ab11fc3a9a01912efbfe20d06d1e9429e1c2ba822c13247892dbd9738113248f
b8b67af52887835d554268a8fdb082e969371b1377ca330a607a556701dcf]]



**ORIGINAL INVOICE**

**Special Delivery Service, Inc.**
5470 L B J Freeway, Suite 100
Dallas, TX 75240
(214) 866-3200 ~ Fax (214) 866-3201

Bill to:
MACKIE WOLF ZIENTZ & MANN PC
ACCOUNTS PAYABLE
14160 DALLAS PKWY, STE 900
DALLAS, TX 75254

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| 594390 | 07/20/19 | $ 2,359.00 |
| Account Number | This invoice is due and payable upon receipt. | Amount Enclosed |
| 2146352650 | | |

| Tracking # Caller Reference | Delivery Information | Received By Time Date | Total Amount |
|---|---|---|---|
| 190-0518 S TAPLIN | **PROCESS SERVING:** JOSEF M. LAMELL A/K/A HAS BEEN SUCCESSFULLY SERVED. **AT:** 5131 GLENMEADOW DRIVE HOUSTON, TX 77096 NATIONWIDE ROUTINE SERVING = $ 139.50 • PRINT DOCUMENTS (16 Pages) = $ 8.00 : 19-000001-934-1 | JOSEF M. LAMELL 7:24 PM 07/11/19 | $ 147.50 |

| Page | Invoice Number | Invoice Amount | Account Balance | Check Number | Date Paid | Amount Paid |
|---|---|---|---|---|---|---|
| 2 | 594390 | 2,359.00 | 9,102.14 | | | |

Questions on this invoice? Contact Billing@SpecialDelivery.com - You can now pay invoices online.
Go to SpecialDelivery.com and click Make a Payment. Thank you! We Appreciate Your Business.

Special Delivery Service, Inc. ~ 5470 L B J Freeway, Suite 100 ~ Dallas, TX 75240 ~ (214) 866-3200 ~ Federal ID No. 75-2811091