IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE-BACKED TRUST 2007-3, and PHH MORTGAGE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO OCWEN LOAN SERVICING, LLC, §§§§§§§§§ | |
| Plaintiffs, § | Civil Action No. 4:19-cv-2402 |
| v. §§§ | |
| JOSEF M. LAMELL aka J.M. ARPAD LAMELL, §§§§ | |
| Defendant. § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. §626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Southern District of Texas, the Plaintiffs U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Trust 2007-3 ("U.S. Bank") and PHH Mortgage Corporation, Individually and as Successor-in-Interest to Ocwen Loan Servicing, LLC ("PHH" and together with U.S. Bank, "Plaintiffs"), hereby decline to consent to proceed before United States Magistrate Judge Christina A. Bryan.

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
Southern District No. 21340
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 27, 2022, a true and correct copy of the foregoing document was delivered via electronic mail to the following:

Josef M. Lamell aka J.M. Arpad Lamell
5131 Glenmeadow Drive
Houston, Texas 77096
jmalamell@gmail.com

*/s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**