United States District Court
Southern District of Texas
**ENTERED**
March 05, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| U.S. Bank National Association, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-19-2402 |
| | § | |
| Josef M. Lamell, et al., | § | |
| | § | |
| Defendants. | § | |

**O R D E R**

On February 2, 2024, Magistrate Judge Andrew Edison conducted a Settlement conference with the parties in this case.  Judge Edison has now informed this Court that the case did not settle.

The Order referring this case to United States Magistrate Judge Andrew Edison (docket no. 150) entered on November 28, 2023, is **VACATED**.

**SIGNED** at Houston, Texas, on this 5th day of March, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE