United States District Court
Southern District of Texas
**ENTERED**
March 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Trust 2007-3, and PHH Mortgage Corporation, Individually and as Successor-in-Interest to Ocwen Loan Servicing, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>Josef M. Lamell aka J.M. Arpad Lamell,<br><br>*Defendant*. | §§§§§§§§§§§§§§§§§ | Civil Action No.: 4:19-cv-2402 |

## **ORDER**

This case was reinstated to the Court's active docket on July 12, 2023. ECF 140. Thereafter, the case was referred for settlement conferences before a United States Magistrate Judge. ECF 145; ECF 150. Settlement conferences were held on October 18, 2023 and February 2, 2024, but the parties did not reach a settlement agreement. ECF 148; ECF 152. It is now necessary to set a schedule to prepare this case for trial. It is therefore

ORDERED that the Court will hold a telephone status and scheduling conference on March 18, 2024 at 11:30 a.m. The parties are to confer prior to the

conference to determine if they can agree on an amended scheduling order to govern this case and, if so, to submit a proposed agreed scheduling order prior to the conference.

Signed on March 05, 2024, at Houston, Texas.

                                                Christina A. Bryan  
                                            United States Magistrate Judge