IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE-BACKED TRUST 2007-3, and PHH MORTGAGE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO OCWEN LOAN SERVICING, LLC, | § § § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:19-cv-2402 |
| v. | § § | |
| JOSEF M. LAMELL aka J.M. ARPAD LAMELL, | § § § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel's address and contact information has changed. Please direct all pleadings and correspondence to the following address:

LEWIS BRISBOIS BISGAARD & SMITH LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111
mark.cronenwett@lewisbrisbois.com

Respectfully submitted,

/s/ Mark D. Cronenwett
**Mark D. Cronenwett**
State Bar No. 00787303
mark.cronenwett@lewisbrisbois.com
**Vivian N. Lopez**
State Bar No. 24129029
vivian.lopez@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2100 Ross Avenue, Suite 2000

                                                                             Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on June 10, 2024, a true and correct copy of the foregoing document was delivered via ECF Notification to the following:

Josef M. Lamell aka J.M. Arpad Lamell
5131 Glenmeadow Drive
Houston, Texas 77096
Lamell.alumn.mit.edu

                                                      */s/ Mark D. Cronenwett*
                                        **MARK D. CRONENWETT**