United States District Court
Southern District of Texas
**ENTERED**
June 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE-BACKED TRUST 2007-3, AND PHH MORTGAGE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO OCWEN LOAN SERVICING, LLC | § § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No.: 4:19-cv-2402 |
| JOSEF M. LAMELL AKA J.M. ARPAD LAMELL, | § § § | |
| *Defendant*. | § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 15, 2024 (Dkt. 171) and the objections thereto (Dkt. 179), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this ___12th___ day of June, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE